Sheila COGAN, Petitioner,

v.

OFFICE OF COMPLIANCE, Respondent,

and

Office of the Architect of The Capitol, Respondent.

No. 03–6004.

United States Court of Appeals, Federal Circuit.

Feb. 24, 2004.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).